# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF OKLAHOMA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| *Plaintiff*, | ) | |
| v. | ) | Case No. CR-10-053-JHP |
| BETTY PEARL EUERS, | ) | |
| *Defendant.* | ) | |

## NOTICE OF DISMISSAL

COMES NOW the plaintiff, United States of America, by and through United States Attorney Sheldon J. Sperling and Assistant United States Attorney, Ryan M. Roberts, and dismisses the Information as to the defendant, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

SHELDON J. SPERLING
United States Attorney

s/Ryan M. Roberts
RYAN M. ROBERTS, OBA# 16433
Assistant United States Attorney
1200 West Okmulgee
Muskogee, OK 74401
(918) 684-5100

LEAVE GRANTED FOR FILING:

James H. Payne
United States District Judge
Eastern District of Oklahoma